

Case 2:15-bk-06109-PS    Doc 14-1    Filed 05/22/15    Entered 05/22/15 16:39:41    Desc
Exhibit A    Page 1 of 3

23398237v1 2537

# IDA FAYE STEWART
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | Name of creditor and complete address including ZIP code | Name, telephone number and complete mailing address, including ZIP code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1) | PI Bell Parcel II, LLC<br>Tirana Real Estate<br>2603 Main St #210<br>Irvine, CA 92614 | Accounts Receivable<br>310-430-4351 | Lease | Disputed | $649,178.26 |
| 2) | (Elan) CARDMEMBER SERVICES<br>P.O. BOX 790408<br>ST. LOUIS, MO. 63179 | Accounts Receivable<br>800-558-3424 | Medical Credit Card | | $51,884.70 |
| 3) | BMO HARRIS BANK<br>P.O. BOX 84047<br>COLUMBUS, GA 31908 | Accounts Receivable<br>877-605-5403 | Credit Card | | $33,540.00 |
| 4) | CARE CREDIT/SYNCHRONY FINANCIAL<br>P.O. BOX 960061<br>ORLANDO, FL 32896 | Accounts Receivable<br>866-893-7864 | Medical Credit Card | | $6,000.00 |
| 5) | Chase Credit Card<br>P.O. BOX 94014<br>PALATINE, IL 60094 | Accounts Receivable<br>800-432-3117 | Credit Card | | $2,412.81 |
| 6) | WELLS FARGO FINANCIAL<br>P.O. BOX 10347<br>DES MOINES, IA 50306 | Accounts Receivable<br>800-642-4720 | Credit Card | | $2,386.43 |
| 7) | ROOMSTORE/SYNCHRONY FINANCE<br>P.O. BOX 965035<br>ORLANDO, FL 32896 | Accounts Receivable<br>866-893-7864 | Credit Card | | $1,925.15 |
| 8) | (Amazon) Chase Credit Card<br>P.O. BOX 94014<br>PALATINE, IL 60094 | Accounts Receivable<br>800-432-3117 | Credit Card | | $1,350.00 |
| 9) | MARICOPA COUNTY TREASURER<br>301 W. JEFFERSON ST- ROOM 100<br>PHOENIX, AZ 85003 | Accounts Receivable<br>(602) 506-3011 | Property Tax | | $1,191.14 |
| 10) | MACY'S<br>PO BOX 183083<br>COLUMBUS, OH 43218 | Accounts Receivable<br>877-493-9207 | Credit Card | | $719.01 |

| 11) | DILLARDS<br>WELLS FARGO BANK, N.A.<br>P.O. BOX 660553<br>DALLAS, TX 75266 | Accounts Receivable<br>800-643-8278 | Credit Card | $604.80 |
|---|---|---|---|---|
| | | SUM OF TOP 20 CREDITORS AS OF FILING DATE | | $751,192.30 |